**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BBC STUDIOS DISTRIBUTION LTD, <br><br> Plaintiff, <br><br> v. <br><br> CHAMPRINT BAGS STORE, et al., <br><br> Defendants. | Case No. 23-cv-15274 <br><br> **Judge Robert W. Gettleman** <br><br> **Magistrate Judge Keri L. Holleb Hotaling** |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff BBC Studios Distribution Ltd ("Plaintiff") hereby dismisses this action, with leave to reinstate within two hundred and seventy (270) days, as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| Otime | 99 |

Dated this 21st day of December 2023.    Respectfully submitted,

/s/ Rachel S. Miller
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law

*Counsel for Plaintiff BBC Studios Distribution Ltd*